JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Marcos Martinez, ) | Case No. 1:19-cv-00074-SKO |
| Plaintiff, ) | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| vs. ) | (Doc. 16) |
| ANDREW SAUL, [1] ) Commissioner of Social Security, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from September 23, 2019 to October 23, 2019, for Plaintiff to serve on defendant with OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's second request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week of our prior due date; in additional, Counsel has had over 30 administrative hearings in the preceding two

---

[1]  Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).  See also section 205(g) of the Social Security Act, 42 U.S.C. § 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

1

weeks; and participated in Continuing Legal Education with the National Organization of Social Security Claimant Representatives which required Counsel to have limited access to his office.

Counsel requires additional time to fully brief the case. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: September 26, 2019          PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff

Dated: September 27, 2019          MCGREGOR W. SCOTT
    United States Attorney
    DEBORAH LEE STACHEL
    Regional Chief Counsel, Region IX
    Social Security Administration

By: *\*/s/ Beatrice Na*
    Beatrice Na
    Special Assistant United States Attorney
    Attorneys for Defendant
    (*As authorized by email on September 27, 2019)

## ORDER

Pursuant to the parties' initial Stipulation and Order for Extension of Time (Doc. 14), Plaintiff's opening brief was due to be filed no later September 23, 2019. (Doc. 15.) Plaintiff filed a second "Stipulation and Order for Extension of Time" on September 27, 2019—four days after Plaintiff's opening brief deadline expired. (Doc. 16.)

The Court may extend time to act after the deadline has expired because of "excusable neglect." Fed. R. Civ. P. 6(b)(1)(B). Here, although the Stipulation demonstrates good cause

under to support the request for extension of time (see Fed. R. Civ. P. 16(b)(4)), no such excusable neglect has been articulated—much less shown—to justify the untimeliness of the request.

Notwithstanding this deficiency, given the absence of bad faith or prejudice to Defendant (as evidenced by his agreement to the extension of time after the deadline) and in view of the liberal construction of Fed. R. Civ. 6(b)(1) to effectuate the general purpose of seeing that cases are tried on the merits, see *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010), the Court GRANTS the parties' stipulated request. The parties and their counsel are cautioned that future post hoc requests for extensions of time will be viewed with disfavor.

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including October 23, 2019, by which to file his opening brief. All other deadlines set forth in the Scheduling Order (Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated: **September 30, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE