# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS MARTINEZ,<br><br>               Plaintiff,<br><br>   v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>              Defendant.<br>_____ / | Case No. 1:19-cv-00074-SKO<br><br>**ORDER THAT PLAINTIFF FILE A WRITTEN STATEMENT SHOWING CAUSE WHY CASE SHOULD NOT BE DISMISSED OR THAT PLAINTIFF FILE AN OPENING BRIEF**<br><br>(Doc. 17) |

       On January 16, 2019, Plaintiff, represented by counsel and proceeding *in forma pauperis*, filed the present action in this Court. (Doc. 1.) Plaintiff seeks review of the Commissioner's denial of his application for benefits. (*Id.*)

       On August 26, 2019, the parties filed a stipulation for a thirty-day extension for Plaintiff to file his Opening Brief, extending the deadline to September 23, 2019. (Doc. 15.) On October 1, 2019, the Court granted Plaintiff an additional extension of time in which to file his Opening Brief, extending the deadline to October 23, 2019. (Doc. 17.)

       Plaintiff failed to file and serve his Opening Brief with the Court and on opposing counsel by October 23, 2019, and, to date, no Opening Brief has been filed and served. (*See* Docket.) Plaintiff is, therefore, ordered to show cause, if any, why the action should not be dismissed for failure to comply with the Court's orders and for want of prosecution. Alternatively, Plaintiff may

1 | file an Opening Brief.

Accordingly, it is HEREBY ORDERED that:

1. By no later than **November 27, 2019,** Plaintiff shall **<u>either</u>**:

    a.    file a written response to this Order showing cause why the Court should not dismiss this action for failure to comply with the Court's orders and for want of prosecution; or

    b.    file an Opening Brief.

**Failure to respond to this Order to Show Cause will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **November 25, 2019**           /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE